UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELANIE MOHORIC, an individual, | Case No.: 2:24-cv-01757-JHC |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO STAY PENDING ARBITRATION & ORDER** |
| SAFE STREETS USA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Pursuant to Local Civil Rule 10(g), the parties have agreed to binding arbitration before Judge John P. Erlick. Therefore, the parties request the Court to stay this case pending the outcome of arbitration and respectfully request the Court relieve the parties of all pending scheduled deadlines.

SO STIPULATED:

Dated:  January 10, 2025

BUCHALTER
A Professional Corporation

By: *s/ Alexandra M. Shulman*
Alexandra M. Shulman, WSBA No. 48888
1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
Telephone: 206-319-7052
ashulman@buchalter.com

*Attorneys for Defendant*

Dated:  January 10, 2025

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.

By: *s/ Maija M. Druffel w/permission*
Maija M. Druffel, WSBA No. 43314
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
Telephone: 509-747-9100
maija@ettermcmahon.com

*Attorneys for Plaintiff*

1    IT IS SO ORDERED.

2

3

4

5                                            John H. Chun
                                        United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26