THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELANIE MOHORIC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFE STREETS USA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:24-cv-01757-JHC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL**<br><br>Noted for Hearing: September 22, 2025 |

COME NOW, the parties, by and through undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to dismissal of this action, including all claims and counterclaims, with prejudice and without an award of fees or costs to any party. This Stipulation of Dismissal is signed by all parties who have appeared.

SO STIPULATED:

| | |
|---|---|
| Dated: September 22, 2025 | Dated: September 22, 2025 |
| BUCHALTER<br>A Professional Corporation | ETTER, MCMAHON, LAMBERSON,<br>VAN WERT & ORESKOVICH, P.C. |
| By: *s/Alexandra M. Shulman*<br>Alexandra M. Shulman, WSBA No. 48888<br>1420 Fifth Ave., Ste 3100<br>Seattle, WA 98101-1337<br>Telephone: 206-319-7052<br>ashulman@buchalter.com<br>*Attorneys for Defendants* | By: *s/ Maija M. Druffel*<br>Maija M. Druffel, WSBA No. 43314<br>618 West Riverside Avenue, Suite 210<br>Spokane, WA 99201<br>maija@ettermcmahon.com<br>*Attorneys for Plaintiff* |

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
CASE NO.: 2:24-CV-01757-JHC

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation of Dismissal is **GRANTED.**

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all remaining claims and counterclaims asserted by any party in this action are hereby DISMISSED with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The clerk of the District Court is directed to enter this Order, close the file and provide copies to parties of record.

DATED this 1st day of October, 2025.

*John H. Chun*
Hon. John H. Chun
Federal District Court Judge

Submitted by:
ETTER, MCMAHON, LAMBERSON,
 VAN WERT & ORESKOVICH, P.C.

By: *s/ Maija M. Druffel*
Maija M. Druffel, WSBA No. 43314
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
maija@ettermcmahon.com

Approved by:
BUCHALTER, a Professional Service Corp.

By:*s/ Alexandra M. Shulman*
Alexandra M. Shulman, WSBA No. 48888
1420 Fifth Ave., Ste 3100
Seattle, WA 98101-1337
ashulman@buchalter.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/EC System, which will send notification of such filing to all attorneys of record in this matter.

/s/ Maija M. Druffel

CERTIFICATE OF SERVICE - 1

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**
BN 86462777v1

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: 206-319-7052